| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Noonan, Jr., John T | 2. Court or Organization U.S. Court of Appeals, 9th | 3. Date of Report 5/20/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge, Senior | 5. ReportType (check appropriate type) ○ Nomination, Date 5/20/2005 ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address U.S. Court of Appeals 95 Seventh Street San Francisco, CA 94103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions).

☐ **NONE** - (No reportable positions)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President and Director | Thomas More-Jacques Maritain Institute (non-profit cultural organization) |
| 2. | Director | The American Poetry & Literacy Project |
| 3. | Member | Advisory Council, Transparency International |
| 4. | Member | Editorial Board, American Journal of Jurisprudence |
| 5. | Director | Institute for Advanced Catholic Studies |
| 6. | Member | President's Council, Graduate Theological School |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 07/01/86 | University of California pension based on service |

FINANCIAL DISCLOSURE OFFICE 2005 MAY 31 A 11: 37 RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Pension: University of California | 38,526.88 |
| 2. | 2004 | Stipend: University of Pennsylvania | 10,000.00 |
| 3. | 2004 | Stipend: Yale University | 5,000.00 |
| 4. | 2004 | Stipend: Dartmouth College | 2,000.00 |
| 5. | 2004 | Stipend: New York Times | 600.00 |
| 6. | 2004 | Royalty: West Group Foundation Press | 3,766.52 |
| 7. | 2004 | Royalty: University of California | 352.30 |

B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Institute for Advanced Catholic Studies, Los Angeles, CA | 7/29/04-7/30/04, Travel |
| 2. | Yeshiva University, New York, NY | 10/9/04-10/13/04, Hotel, Travel, Meal |
| 3. | Yale University, New Haven, CT | 4/21/04-4/23/04, Travel, Meal |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 4. | Dartmouth College, Hanover, NH | 4/26/04–4/27/04, Travel, Meal |
| 5. | St. Thomas University Law School, Miama Gardens, FL | 10/20/04–10/25/04, Travel |

V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Fidelity Magellan Fund | B | Dividend | M | T | | | | | |
| 2. Spartan CA Muni Income Fund | D | Div & Int | M | T | | | | | |
| 3. Wells Fargo Market Rate Account | A | Div & Int | K | T | | | | | |
| 4. Wells Fargo Checking Account | A | Interest | L | T | | | | | |
| 5. Wells Fargo IRAs | B | Interest | K | T | | | | | |
| 6. Dreyfus Insured Muni Bond Fund | A | Dividend | J | T | | | | | |
| 7. Teachers Insurance and Annuity Association | D | Interest | M | T | | | | | |
| 8. Scudder Int'l Bond Fund | B | Dividend | K | T | | | | | |
| 9. Wells Fargo Investments-Thornburg Investment Trust | C | Dividend | M | T | | | | | |
| 10. Brokerage Account Number 1 Bear Stearns | | | | | | | | | |
| 11. -JP Morgan Chase | B | Dividend | L | T | | | | | |
| 12. -General Mills | A | Dividend | K | T | | | | | |
| 13. -Procter & Gamble Common | B | Dividend | L | T | | | | | |
| 14. -Raytheon | A | Dividend | K | T | | | | | |
| 15. -Neurobiological Technologies | | None | J | T | | | | | |
| 16. -BP PLC | B | Dividend | L | T | | | | | |
| 17. -Coca Cola Common | A | Dividend | K | T | | | | | |
| 18. -Solutia, Inc, | | None | J | T | | | | | |

1. Income Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$6,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $25,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. -Darden Restaurants, Inc. | A | Dividend | K | T | | | | | |
| 20. -Eli Lilly Common | B | Dividend | L | T | | | | | |
| 21. -IBM Common | A | Dividend | L | T | | | | | |
| 22. -Fortune Brands | A | Dividend | K | T | | | | | |
| 23. -Monsanto | A | Dividend | J | T | | | | | |
| 24. -Pfizer | B | Dividend | L | T | | | | | |
| 25. -J.M. Smucker | A | Dividend | J | T | | | | | |
| 26. -GNMA Pass Through Pools | A | Interest | J | T | | | | | |
| 27. -Calvert Social Investment Fund | | None | K | T | | | | | |
| 28. -Olstein Financial Alert Fund | B | Interest | L | T | | | | | |
| 29. -Sacramento County Bonds | B | Interest | K | T | | | | | |
| 30. -Bret Harte CA School District Bond | B | Interest | L | T | | | | | |
| 31. -California State Corpus Prams | | None | L | T | | | | | |
| 32. -Touchstone CA Tax Free Money Fund | A | Interest | L | T | Buy | 06/04 | J | | |
| 33. -Touchstone CA Tax Free Money Fund | | | | | Buy | 07/01 | J | | |
| 34. -Touchstone CA Tax Free Money Fund | | | | | Buy | 10/13 | J | | |
| 35. -Touchstone CA Tax Free Money Fund | | | | | Buy | 12/14 | J | | |
| 36. -Olstein Financial Alert Fund | | | | | Buy | 12/10 | J | | |

1. Income Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. -Touchstone Investment Trust | A | Interest | J | T | Buy | 03/10 | J | | |
| 38. Trust Number 1 (No personal income) | D | Div. & Int. | N | T | | | | | |
| 39. -Fleet International Equity Fund | | | | | Buy | 09/22 | J | | |
| 40. -Fleet Large Cap Disciplined Equity Fund | | | | | Sell | 11/23 | L | | |
| 41. -Fleet Large Cap Value Fund | | | | | Sell | 01/22 | J | | |
| 42. -Fleet Large Cap Growth Fund | | | | | Buy | 09/22 | J | | |
| 43. -Fleet Large Cap Growth Fund | | | | | Buy | 11/23 | K | | |
| 44. -Fleet Large Cap Value Fund | | | | | Buy | 11/23 | K | | |
| 45. -Fleet MA Intermediate Term T/E Bond Fund | | | | | Buy | 11/23 | J | | |
| 46. -MA State 5% Bond | | | | | Redeem | 09/01 | J | | |
| 47. -Fleet Small Cap Growth Fund | | | | | Sell | 03/17 | J | | |
| 48. -Fleet Small Cap Value Fund | | | | | Sell | 11/23 | J | | |
| 49. -Fleet Large Cap Growth Fund | | | | | Sell | 01/22 | J | | |
| 50. Trust Number 2 (No personal income) | D | Div. & Int. | M | T | | | | | |
| 51. -Fleet Large Cap Growth Fund | | | | | Sell | 04/28 | J | | |
| 52. -Fleet Large Cap Growth Fund | | | | | Buy | 11/23 | J | | |
| 53. -Fleet Mid Cap Growth Fund | | | | | Buy | 11/23 | J | | |
| 54. -Fleet Large Cap Value Fud | | | | | Buy | 11/23 | J | | |

1. Income Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $600,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. -Fleet Small Cap Growth Fund | | | | | Sell | 11/23 | J | | |
| 56. -Fleet Small CapValue Fund | | | | | Sell | 11/23 | J | | |
| 57. -Fleet MA Intermediate Term T/E Bond Fund | | | | | Buy | 11/23 | K | | |
| 58. -Fleet Large Cap Disciplined Equity Fund | | | | | Sell | 11/23 | K | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,901-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS       (Indicate part of Report.)

Two trusts referred to in this report are as follow:

1. ▓▓▓▓▓▓ Trust  The ▓▓▓▓▓▓ Trust was created by ▓▓▓▓ on December 15, 1976. It became irrevocable on her death in 1990 and divided into three shares.  The trustee has discretion to pay the income and principal of my share to me, ▓▓▓▓▓▓▓▓.

2. ▓▓▓▓▓ 1976 Trust.  The ▓▓▓▓▓ 1976 Trust was formed by ▓▓▓▓ in 1976 and became irrevocable on his death in 1987.  On his death the property was divided into equal shares for ▓▓▓▓▓▓▓ and me.  The trustee has discretion to pay some or all of the net income or principal of my share to me, ▓▓▓▓▓▓▓.  The trust terminates on the death of me and ▓▓▓▓ the remainder going to ▓▓▓▓▓.

3. The income of both trusts was paid by the trustee in 2004 to my ▓▓▓▓▓▓ over 21 years of age.  At the request of the Committee on Financial Disclosure, I have summarized the reports I have received.

In April 2000, Fleet Bank acquired the Bank of Boston and became the trustee of the above trusts.  The trusts were also subdivided into distinct trusts for each of the three ▓▓▓▓ of the grantors, so that there is now a distinct trust for me and my family under the same trust instruments.  Report is not made here of the sales of odd lots (typically one or two shares) made to make it easier to divide the trusts into thirds.  The money market fund, Galaxy, was arranged by Fleet to take over the functions performed by the money market Boston 1784 funds; investments in these money market funds are noted on an annual basis.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date  5/25/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544